**Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOMAINMARKET, LLC D/B/A DOMAINMARKET.COM,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LAKES GAS CO.,<br><br>　　　　　　　Defendant. | No. 19-cv-1089 (RSL)<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>July 31, 2019 |

## STIPULATION

The parties stipulate and agrees as follows:

1. Defendant Lakes Gas Co. was served with the Complaint in this case on July 17, 2019 and the time to file an answer or other responsive pleading to Plaintiff's Complaint is August 7, 2019.

2. The parties are currently engaged in settlement discussions and need additional time as they discuss a potential resolution.

STIPULATION AND ORDER EXTENDING TIME
- 1 -

FREDRIKSON & BYRON, P. A.
TIMOTHY M. O'SHEA
2504 42ND AVE. W
SEATTLE, WA 98199

3. Defendant's counsel has conferred with Plaintiff's counsel who have agreed to stipulate to an extension of time to August 27, 2019 for Defendant to file an answer or other responsive pleading to the Complaint.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to an Order from the Court, that the time for Defendant Lakes Gas Co. to file an answer or other responsive pleading should be extended to August 27, 2019.

Dated: July 31, 2019

OF COUNSEL:

James L. Bikoff
Holly Lance
**SMITH GAMBRELL & RUSSEL LLP**
1055 Thomas Jefferson St., NW
Suite 400
Washington, DC 20007
Tel: (202) 263-4300
jbikoff@sgrlaw.com
hlance@sgrlaw.com

**PERKINS COIE (SEA)**

By: */s/ William C. Rava*
William C. Rava (WSBA No. 29948)
1201 Third Ave.
Suite 4900
Seattle, WA 98101-3099
Tel: (206) 583-8888
WRava@perkinscoie.com

*Attorneys for Plaintiff DomainMarket, LLC*

Dated: July 31, 2019

**FREDRIKSON & BYRON, P.A.**

By:  /s/  *Timothy M. O'Shea*
Timothy O'Shea (WSBA No. 53268)
2504 42nd Avenue West
Seattle, WA 98199
Tel: (612) 492-7373
Email: toshea@fredlaw.com

*Attorney for Defendant Lakes Gas Co.*

# ORDER

Based on the foregoing stipulation of the parties, it is hereby ordered that the time for Defendant to file an answer or other responsive pleading is extended to August 27, 2019.

**IT IS SO ORDERED.**

Dated: Aug. 1, 2019

_____
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER EXTENDING TIME

- 3 -

FREDRIKSON & BYRON, P. A.
TIMOTHY M. O'SHEA
2504 42ND AVE. W
SEATTLE, WA 98199